IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:12-00102

SHAVON V. COLLINS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for return of property, filed on August 29, 2016.  (ECF No. 67).  In that motion, he seeks the return of "$500.00 U.S. Currency that was taken from me by arresting officer on the date I was arrested." Id.  Insofar as the court can tell, the PSI does not mention any seizure of the aforementioned $500.00.  However, at or about the same time defendant was facing the instant charges, he was also convicted in state court of malicious wounding so perhaps the requested property is in state custody.  If that is the case, defendant's motion is not properly before this court and should be denied.  Therefore, within 30 days of entry of this Order, the government is **DIRECTED** to file a response to defendant's motion indicating whether any monies were seized in connection with this case and, if so, the disposition of said funds.

The Clerk is **DIRECTED** to send a copy of this Order to defendant, counsel of record, and the United States Probation Office.

**IT IS SO ORDERED** this 31st day of August, 2016.

ENTER:

David A. Faber
Senior United States District Judge