IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:12-00102

SHAVON V. COLLINS

## **MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's motion for return of property, filed on August 29, 2016. (ECF No. 67). In that motion, he seeks the return of "$500.00 U.S. Currency that was taken from me by arresting officer on the date I was arrested." Id. By Memorandum Opinion and Order entered on August 31, 2016, the court directed the United States to respond to defendant's motion. The United States did so on September 14, 2016. (ECF No. 72).

Insofar as the court can tell, the PSI does not mention any seizure of the aforementioned $500.00. Furthermore, the case agent in this matter confirmed "that no money was seized from defendant related to the federal charges and, therefore, the government is not in possession of any money in this case." ECF No. 72 at p.2. Accordingly, defendant's motion for return of property is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, and the United States Probation Office.

**IT IS SO ORDERED** this 18th day of September, 2017.

> ENTER:
>
> *David A. Faber*
> David A. Faber
> Senior United States District Judge