IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:12-00102

SHAVON V. COLLINS

MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's letter form motion asking the court to reduce his sentence. (ECF No. 61). The court may not modify a term of imprisonment once it has been imposed except in very limited circumstances, none of which are present here. See 18 U.S.C. § 3582(c); U.S. v. Hudson, 44 F. App'x 457, 457, 2002 WL 1980686 (10th Cir. Aug. 29, 2002); U.S. v. Fraley, 988 F.2d 4, 6 (4th Cir. 1993). Accordingly, defendant's motion to reduce sentence is **DENIED**.*

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, and the Probation Office of this court.

It is SO ORDERED this 18th day of September, 2017.

ENTER: David A. Faber
Senior United States District Judge

---

* In his pro se letter, Collins also challenges the computation of his sentence by the Bureau of Prisons. If Collins wishes to challenge the BOP's calculation of his sentence, such a claim may be pursued in a petition under 28 U.S.C. § 2241 and must be filed in the federal district court for the district in which Collins is confined. See United States v. Haywood, 681 F. App'x 290, 291 n.* (4th Cir. Mar. 17, 2017); United States v. Miller, 871 F.2d 488, 490 (4th Cir. 1989).